```
PLATE: 32009JX    TYPE: COMMERCIAL              REGISTRANT INFORMATION:
VIN#: CPY325V301357                    RIVERA, PIEDAD, E           DOB: 04/15/63
75 CHEVR WH/BL  VAN  WEIGHT:006500                                 SEX: F
FUEL: GAS          CYL: 08              427 TURNEUR AV 1F           COUNTY: BRON
EXPIRES: 04/24/09  VALID: 05/01/07      BRONX NY                   ZIP: 10473
INS:                                    MI#: R09802 62470 052838-63
```

----- PREVIOUS VEHICLES/PLATES/INSURANCE INFO ASSOCIATED WITH THIS RECORD ----

PREVIOUS PLATE: DXZ7359  TYPE: PASSENGER    PLATES REPLACED ON: 05/01/07

VOLUNTARY PLATE SURRENDER ON: 05/01/07

```
75 CHEVR WH/BL  VAN  WEIGHT:004500 FUEL: GAS      CYL 08 VIN# CPY325V301357
EXPIRES: 04/24/09  VALID: 04/25/07
```















