```
PLATE: 76292JW       TYPE: COMMERCIAL              REGISTRANT INFORMATION:
VIN#: 1FTSS34FXWHA64222                    VERDUGO, JORGE, G          DOB: 07/26/78
'98 FORD   WHITE   VAN   WEIGHT:006500                                SEX: M
FUEL: GAS         CYL: 08                  944 POHENIX AVE 2FL        COUNTY: WEST
EXPIRES: 04/19/09   VALID: 04/20/07        PEEKSKILL NY               ZIP: 10566
INS:                                       MI#: V05645 66982 144931-78
```

```
PLATE: 76292JW       TYPE: COMMERCIAL              REGISTRANT INFORMATION:
VIN#: 1FTSS34FXWHA64222                    VERDUGO, JORGE, G          DOB: 07/26/78
'98 FORD   WHITE   VAN   WEIGHT:006500                                SEX: M
FUEL: GAS         CYL: 08                  944 POHENIX AVE 2FL        COUNTY: WEST
EXPIRES: 04/19/09   VALID: 04/20/07        PEEKSKILL NY               ZIP: 10566
INS:                                       MI#: V05645 66982 144931-78
```







