```
PLATE: 76069JW    TYPE: COMMERCIAL            REGISTRANT INFORMATION:
VIN#: P35J0H37109                             PARRA;SUN;INC
'60 FORD  WHITE  VAN  WEIGHT:008800
FUEL: GAS         CYL: 06                     1051 HOLLYWOOD AVE         COUNTY: BRON
EXPIRES: 03/31/09  VALID: 03/30/07            BRONX NY                   ZIP: 10456
INS:                                          MI#: P61656 85531 931045-64
```

```
PLATE: 76069JW    TYPE: COMMERCIAL            REGISTRANT INFORMATION:
VIN#: P35J0H37109                             PARRA;SUN;INC
'60 FORD  WHITE  VAN  WEIGHT:008800
FUEL: GAS         CYL: 06                     1051 HOLLYWOOD AVE         COUNTY: BRON
EXPIRES: 03/31/09  VALID: 03/30/07            BRONX NY                   ZIP: 10456
INS:                                          MI#: P61656 85531 931045-64
```







