PLATE: 35171JV    TYPE: COMMERCIAL           REGISTRANT INFORMATION:
VIN#: 1GDHP32K3K3503212              CORDON, HAYDEE              DOB: 09/02/64
89 GMC    GREY    DELV WEIGHT:004800                             SEX: F
FUEL: GAS        CYL: 08              1805 CROTONA AV 17D        COUNTY: BRON
EXPIRES: 03/07/08  VALID: 03/08/06    BRONX NY                   ZIP: 10457
INS:                                  MI#: C15663 11699 765728-64

PLATE: 35171JV    TYPE: COMMERCIAL           REGISTRANT INFORMATION:
VIN#: 1GDHP32K3K3503212              CORDON, HAYDEE              DOB: 09/02/64
89 GMC    GREY    DELV WEIGHT:004800                             SEX: F
FUEL: GAS        CYL: 08              1805 CROTONA AV 17D        COUNTY: BRON
EXPIRES: 03/07/08  VALID: 03/08/06    BRONX NY                   ZIP: 10457
INS:                                  MI#: C15663 11699 765728-64







