```
PLATE: 77342JU    TYPE: COMMERCIAL        REGISTRANT INFORMATION:
VIN#: 1GCJP32J5J3320132                   ZAPATA,CLAUDIA           DOB: 08/31/80
86 CHEVR WHITE  VAN  WEIGHT:008000                                 SEX: F
FUEL: DIESEL    CYL: 08                   1201 OAK POINT AV        COUNTY: BRON
EXPIRES: 06/27/09  VALID: 06/26/07        BRONX NY                 ZIP: 10474
INS:                                      MI#: Z01560 05986 785674-80
```

Case 1:07-cv-08628-PAC    Document 1-8    Filed 10/05/2007    Page 1 of 4

```
PLATE: 77342JU    TYPE: COMMERCIAL        REGISTRANT INFORMATION:
VIN#: 1GCJP32J5J3320132                   ZAPATA,CLAUDIA           DOB: 08/31/80
86 CHEVR WHITE  VAN                                                SEX: F
                                          1201 OAK POINT AV        COUNTY:
                                          BRONX NY                 ZIP:
                                          MI#: Z01560 05986 785674-80
```








