```
PLATE: 42873JS      TYPE: COMMERCIAL        REGISTRANT INFORMATION:
VIN#: K19352S126931                         PACHECO, RAMON, A           DOB: 05/20/56
'61 CHEVR WHITE  VAN  WEIGHT:006300                                     SEX: M
FUEL: GAS           CYL: 06                 16 E 177TH ST APT 1E        COUNTY: BRON
EXPIRES: 03/13/09   VALID: 03/14/07          BRONX NY                   ZIP: 10453
INS:                                        MI#: P01085 96878 763554-56
```

```
PLATE: 42873JS      TYPE: COMMERCIAL
VIN#: K19352S126931
'61 CHEVR WHITE  VAN  WEIGHT:006300
```







