IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPABO ICE CREAM CORP. d/b/a<br>MISTER SOFTEE<br>748 Southern Boulevard<br>Bronx, New York 10455<br><br>MISTER SOFTEE, INC.<br>901 E. Clements Bridge Rd.<br>Runnemede, NJ 08078<br><br>      Plaintiffs,<br>v.<br><br>E. PIEDAD RIVERA d/b/a MISTER SOFTEE<br>427 Turneur Ave., Apt. 1F<br>Bronx, NY 10473<br><br>JORGE H. VERDUGO<br>944 Phoenix Ave., 2Fl.<br>Peekskill, NY 10566<br><br>PARRA SUN, INC.<br>1051 Hollywood Ave.<br>Bronx, NY 10456<br><br>HAYDEE CORDON<br>1805 Crotona Ave., 17D<br>Bronx, NY 10474<br><br>CLAUDIA ZAPATA<br>1201 Oak Point Ave.<br>Bronx, NY 10474<br><br>RAMON A. PACHECO<br>16 E. 177th St., Apt. 1E<br>Bronx, NY 10453<br><br>      Defendants. | 07-CV-8628<br>ECF CASE (PAC) |

## PLAINTIFF'S DISCLOSURE STATEMENT

Pursuant to the Rules of the United States District Court for the Southern District of New York, Plaintiff, Mister Softee, Inc., by its attorneys, provides the following disclosure statement:

Plaintiff is a New Jersey corporation. Plaintiff has no parent company. There is no publicly held company owning 10% or more of the stock of Plaintiff.

EINBINDER & DUNN, LLP

October 4, 2007
Date

By: _____
Michael Einbinder
104 W. 40th Street, 20th Floor
New York, NY 10018
Attorneys for Plaintiffs Spabo, Inc.
and Mister Softee, Inc.

2