IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPABO ICE CREAM CORP. d/b/a<br>MISTER SOFTEE<br>748 Southern Boulevard<br>Bronx, New York 10455<br><br>MISTER SOFTEE, INC.<br>901 E. Clements Bridge Rd.<br>Runnemede, NJ 08078<br><br>          Plaintiffs,<br>v.<br><br>E. PIEDAD RIVERA d/b/a MISTER SOFTEE<br>427 Turneur Ave., Apt. 1F<br>Bronx, NY 10473<br><br>JORGE H. VERDUGO<br>944 Phoenix Ave., 2Fl.<br>Peekskill, NY 10566<br><br>PARRA SUN, INC.<br>1051 Hollywood Ave.<br>Bronx, NY  10456<br><br>HAYDEE CORDON<br>1805 Crotona Ave., 17D<br>Bronx, NY 10474<br><br>CLAUDIA ZAPATA<br>1201 Oak Point Ave.<br>Bronx, NY  10474<br><br>RAMON A. PACHECO<br>16 E. 177th St., Apt. 1E<br>Bronx, NY  10453<br><br>          Defendants. | 07-CV-8628<br>ECF CASE  (PAC) |

## PLAINTIFF'S DISCLOSURE STATEMENT

Pursuant to the Rules of the United States District Court for the Southern District of New York, Plaintiff, Spabo, Inc., by its attorneys, provides the following disclosure statement:

Plaintiff is a New Jersey corporation. Plaintiff has no parent company. There is no publicly held company owning 10% or more of the stock of Plaintiff.

                                  EINBINDER & DUNN, LLP

October 4, 2007  
Date

By: _____  
    Michael Einbinder  
    104 W. 40th Street, 20th Floor  
    New York, NY 10018  
    Attorneys for Plaintiffs Spabo, Inc.  
    and Mister Softee, Inc.