UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK:

Index No. 07 CIV 8628

--------------------------------------X

SPABO, INC. d/b/a/ MISTER SOFTEE
and MISTER SOFTEE, INC.

V.

E. PIEDAD RIVERA d/b/a/ MISTER SOFTEE,
ET AL.

--------------------------------------X

State of New York    )
County of Bronx      ) ss:

### AFFIDAVIT OF SERVICE

Charles S. Flemming being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides within the State of New York.
That on October 27, 2007 at 8:05 PM at:

**PARRA SUN, INC**
**1051 HOLLYWOOD AVENUE**
**BRONX, NY 10456**
Deponent served the:

**SUMMONS AND COMPLAINT**

on **PARRA SUN, INC.**

a domestic and/or foreign corporation
by delivering thereat true copies to Carmine Conte
personally, deponent knew said corporation so served to be the corporation
described in same as said recipient and knew said individual to be the
owner and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 45   HEIGHT: 5'7"   Weight: 170   HAIR: Bald/Black   RACE: White   SEX: Male

Sworn to before me this 27th day of October 2007

_____
Notary Public

Charles Flemming
P.S License No. 1179930

JONATHAN C. PETERS
NOTARY PUBLIC STATE OF NEW YORK
NO: 01PE6134884
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES OCTOBER 11th, 2009