IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPABO ICE CREAM CORP. d/b/a MISTER SOFTEE and <br><br> MISTER SOFTEE, INC. <br><br> Plaintiffs, <br> v. <br><br> E. PIEDAD RIVERA d/b/a MISTER SOFTEE ET AL. <br><br> Defendants. | CIVIL ACTION NO. <br> 1:07-cv-08628-PAC |

### REQUEST FOR CERTIFICATE OF DEFAULT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(a)

**TO THE CLERK:**

Pursuant to Federal Rule of Civil Procedure 55(a), plaintiffs request that the clerk enter a default on the docket against defendant Haydee Cordon for failure to answer or otherwise respond to the verified complaint within the time prescribed by Federal Rule of Civil Procedure 12(a)(1)(A). Plaintiffs' affidavit in support of request for default is attached.

EINBINDER AND DUNN, LLP

BY:_____
Michael Einbinder
104 W. 40th Street, 20th Floor
New York, NY 10018
Attorneys for Plaintiffs Spabo, Inc.
and Mister Softee, Inc.

Date: November 29, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPABO ICE CREAM CORP. d/b/a MISTER SOFTEE and <br><br> MISTER SOFTEE, INC. <br><br> Plaintiffs, <br> v. <br><br> E. PIEDAD RIVERA d/b/a MISTER SOFTEE ET AL. | : <br> : <br> : <br> : <br> : CIVIL ACTION NO. <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## PLAINTIFFS' AFFIDAVIT IN SUPPORT OF CERTIFICATE OF DEFAULT PURSUANT TO LOCAL CIVIL RULE 55.1

Plaintiffs Spabo Ice Cream Corp. and Mister Softee, Inc., by their undersigned attorneys, hereby request that the clerk issue a Certificate of Default against defendant Haydee Cordon ("Cordon") and in support thereof aver as follows:

1. Defendant Cordon is an individual, thus not an infant, in the military or an incompetent person.

2. Cordon has failed to plead or otherwise defend this action and no extension to file an answer has been granted by this Court.

3. Cordon has failed to respond to the Complaint and Summons, which were properly served on Cordon on November 3, 2007 at defendant's last known address at 1805 Crotona Avenue, Apt. 17D, Bronx, NY 10474. Attached is a true and correct copy of the Affidavit of Service.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: November 29, 2007         By: _____
                                    Michael Einbinder

## CERTIFICATE OF SERVICE

I, Michael Einbinder, certify that I have this day caused a true and correct copy of the below described pleading or motion to be served upon defendant at the address listed below:

Pleading or Motion served:    Request for Default Pursuant to Federal Rule of Civil Procedure 55(a) and Plaintiffs' Affidavit in Support of the Request for Default

Defendant:    Haydee Cordon
1805 Crotona Avenue, Apt. 17D
Bronx, NY 10474

Mode of Service:    Via first class mail

Date: November 29, 2007

_____
Michael Einbinder