IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPABO ICE CREAM CORP. d/b/a MISTER SOFTEE and <br><br> MISTER SOFTEE, INC. <br><br> Plaintiffs, <br> v. <br><br> E. PIEDAD RIVERA d/b/a MISTER SOFTEE ET AL. <br><br> Defendants. | CIVIL ACTION NO. <br> 1:07-cv-08628-PAC |

**REQUEST FOR CERTIFICATE OF DEFAULT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 55(a)**

**TO THE CLERK:**

Pursuant to Federal Rule of Civil Procedure 55(a), plaintiffs request that the clerk enter a default on the docket against defendant Claudia Zapata for failure to answer or otherwise respond to the verified complaint within the time prescribed by Federal Rule of Civil Procedure 12(a)(1)(A). Plaintiffs' affidavit in support of request for default is attached.

EINBINDER AND DUNN, LLP

BY: _____
Michael Einbinder
104 W. 40th Street, 20th Floor
New York, NY 10018
Attorneys for Plaintiffs Spabo, Inc.
and Mister Softee, Inc.

Date: January 3, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPABO ICE CREAM CORP. d/b/a MISTER SOFTEE and | : |
| MISTER SOFTEE, INC. | : CIVIL ACTION NO. |
| Plaintiffs, | : |
| v. | : |
| E. PIEDAD RIVERA d/b/a MISTER SOFTEE ET AL. | : |

## PLAINTIFFS' AFFIDAVIT IN SUPPORT OF CERTIFICATE OF DEFAULT PURSUANT TO LOCAL CIVIL RULE 55.1

Plaintiffs Spabo Ice Cream Corp. and Mister Softee, Inc., by their undersigned attorneys, hereby request that the clerk issue a Certificate of Default against defendant Claudia Zapata ("Zapata") and in support thereof aver as follows:

1.  Defendant Zapata is an individual, thus not an infant, in the military or an incompetent person.

2.  Zapata has failed to plead or otherwise defend this action and no extension to file an answer has been granted by this Court.

3.  Zapata has failed to respond to the Complaint and Summons, which were properly served on Zapata on November 30, 2007 at defendant's last known address at 1201 Oak Point Avenue, Bronx, New York 10474. Service was made by affixing the summons and complaint to the door at the above address and via first class mail. Attached is a true and correct copy of the Affidavit of Service.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 3, 2008        By: _____
                                    Michael Einbinder

## CERTIFICATE OF SERVICE

I, Michael Einbinder, certify that I have this day caused a true and correct copy of the below described pleading or motion to be served upon defendant at the address listed below:

| | |
|---|---|
| Pleading or Motion served: | Request for Default Pursuant to Federal Rule of Civil Procedure 55(a) and Plaintiffs' Affidavit in Support of the Request for Default |
| Defendant: | Claudia Zapata<br>1201 Oak Point Avenue<br>Bronx, NY  10474 |
| Mode of Service: | Via first class mail |

Date: January 3, 2008

_____
Michael Einbinder