EINBINDER AND DUNN, LLP
Michael Einbinder
104 W. 40th Street, 20th Floor
New York, NY 10018
Tel. No. (212) 391-9500

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

SPABO ICE CREAM CORP. d/b/a/
MISTER SOFTEE and

MISTER SOFTEE, INC.

   Plaintiffs,

v.

E. PIEDAD RIVERA d/b/a MISTER SOFTEE
   ET AL.

   Defendants.

CIVIL ACTION NO:
1:07-CV-08628-PAC

**NOTICE OF MOTION**
**TO ADMIT COUNSEL**
**PRO HAC VICE**

---

To: Defendants

**PLEASE TAKE NOTICE** that upon the annexed Affidavit of Michael Einbinder, the Affidavit of Paul J. Cianci and the exhibits thereto, the plaintiff will move this Court before the Honorable Paul A. Crotty, Judge, at the United States Courthouse, 500 Pearl Street, New York, New York for an order, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern District of New York, granting Paul J. Cianci leave to participate in the above captioned civil matter as legal counsel. The Affidavit of Michael Einbinder is annexed as Exhibit A. The Affidavit of Paul J. Cianci is attached as Exhibit B.

Dated: ~~December~~ January 2, ~~2007~~ 2008
       New York, New York

                      EINBINDER AND DUNN, LLP

                      By: _____
                            Michael Einbinder (ME3930)
                            104 W. 40th Street, 20th Floor
                            New York, NY 10018
                            Tel. No. (212) 391-9500

                      Attorneys for Plaintiff

EINBINDER AND DUNN, LLP
Michael Einbinder
104 W. 40th Street, 20th Floor
New York, NY 10018

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SPABO ICE CREAM CORP. d/b/a/ MISTER SOFTEE, INC. and<br><br>MISTER SOFTEE, INC.<br><br>Plaintiffs,<br><br>E. PIEDAD RIVERA d/b/a MISTER SOFTEE ET AL.<br><br>Defendants. | : : : : : : : : : : : : : | CIVIL ACTION NO.<br>1:07-CV-08628-PAC<br><br><br><u>AFFIDAVIT OF<br>MICHAEL EINBINDER<br>IN SUPPORT OF<br>MOTION TO ADMIT<br>COUNSEL<br>PRO HAC VICE</u> |

STATE OF NEW YORK        )
                         )
COUNTY OF NEW YORK       )

I, Michael Einbinder, being duly sworn, deposes and says:

1. I am an attorney admitted and in good standing to practice before this court and before the courts of the State of New York. I am a member of the firm Einbinder and Dunn, LLP, attorneys for the plaintiff. I make this affidavit in support of my motion, pursuant to Rule 1.3(c) of the General Rules of the United States District Courts for the Southern District of New York, for an Order granting Paul J. Cianci leave to participate in this civil matter as legal counsel to plaintiff.

2. Mr. Cianci is a member in good standing of the bars of the Commonwealth of

Pennsylvania and the State of New Jersey.

    3.    There is a particular need for Mr. Cianci to participate in this action that this motion for an Order allowing Mr. Cianci to participate in this case be granted.

_____
Michael Einbinder (ME3930)

Subscribed and sworn to before me
this 2ⁿᵈ day of ~~December, 2007~~
    January, 2008

_____
Notary

**Richard Bayer**
**Notary Public, State of New York**
**No. 02BA6148582**
**Qualified in Queens County**
**Commission Expires June 26, 2010**

EINBINDER AND DUNN, LLP
Michael Einbinder
104 W. 40th Street, 20th Floor
New York, NY 10018

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPABO ICE CREAM CORP. d/b/a/ MISTER SOFTEE, INC. and<br><br>MISTER SOFTEE, INC.<br><br>Plaintiffs,<br><br>E. PIEDAD RIVERA d/b/a MISTER SOFTEE ET AL.<br><br>Defendants. | CIVIL ACTION NO.<br>1:07-CV-08628-PAC<br><br>**AFFIDAVIT OF PAUL J. CIANCI IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

COMMONWEALTH OF PENNSYLVANIA  )
                                                              ) ss:
COUNTY OF PHILADELPHIA              )

I, Paul J. Cianci, being duly sworn, deposes and says:

1. I am an attorney with the law firm of Fisher Zucker LLC, 21 South 21st Street, Philadelphia, Pennsylvania.

2. I have been instructed by Plaintiffs, Spabo Ice Cream Corp. d/b/a Mister Softee and Mister Softee, Inc., to become actively involved in the representation of the Plaintiffs in the above-entitled action before this court.

3. I am a member in good standing of the bars of the Commonwealth of Pennsylvania and State of New Jersey and have been licensed there since November and December

1998, respectively. Attached hereto and incorporated herewith are certificates of good standing issued within the last 30 days from the Supreme Courts of Pennsylvania and New Jersey.

    4.    There are no disciplinary proceedings pending against me in any court or jurisdiction.

    5.    I have reviewed the Local Civil Rules of the United States District Court for the Southern District of New York and the individual practice rules of the Honorable Paul A. Crotty, and undertake to abide by them.

                                                       _____
                                                         Paul J. Cianci

Subscribed and sworn to before
me this 31 day of December, 2007.

_____
Notary

```
CINDY BROOKS
NOTARIAL SEAL
PHILADELPHIA CITY, PHILADELPHIA COUNTY
STATE OF PENNSYLVANIA
MY COMMISSION EXPIRES
11-10-2008
```



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Paul Joseph Cianci, Esq.*

**DATE OF ADMISSION**

*November 30, 1998*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: December 7, 2007**

John W. Person, Jr., Esq.
Deputy Prothonotary

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **PAUL J CIANCI** (No. **004351998**) was constituted and appointed an Attorney at Law of New Jersey on **July 13, 1998** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **10TH** day of **December**, 20 **07**

Clerk of the Supreme Court

-453a-

## CERTIFICATE OF SERVICE

I, Michael Einbinder, certify that I have this day served a true and correct copy of the below described pleading or motion upon defendants at the address listed below:

| | |
|---|---|
| Pleading or Motion served: | Notice of Motion to Admit Counsel Pro Hac Vice and Affidavits of Michael Einbinder and Paul J. Cianci |
| Defendants: | E. PIEDAD RIVERA d/b/a MISTER SOFTEE<br>427 Turner Ave., Apt. 1F<br>Bronx, NY 10473 |
| | JORGE H. VERDUGO<br>944 Phoenix Ave., 2nd Floor<br>Peekskill, NY 10566 |
| | PARRA SUN, INC.<br>1051 Hollywood Ave.<br>Bronx, NY 10456 |
| | HAYDEE CORDON<br>1805 Crotona Ave., 17D<br>Bronx, NY 10474 |
| | CLAUDIA ZAPATA<br>1201 Oak Point Ave.<br>Bronx, NY 10474 |
| | RAMON A. PACHECO<br>16 E. 177th St., Apt. 1E<br>Bronx, NY 10453 |
| Mode of Service: | Via first class mail |

_____
Michael Einbinder

Date: ~~December~~ January 2, ~~2007~~ 2008

EINBINDER AND DUNN, LLP
Michael Einbinder
104 W. 40th Street, 20th Floor
New York, NY 10018
Tel. No. (212) 391-9500

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPABO ICE CREAM CORP. d/b/a/ MISTER SOFTEE and<br><br>MISTER SOFTEE, INC.<br><br>        Plaintiffs,<br><br>v.<br><br>E. PIEDAD RIVERA d/b/a MISTER SOFTEE ET AL.<br><br>        Defendants. | CIVIL ACTION NO:<br>**1:07-CV-08628-PAC**<br><br>**ADMISSION TO PRACTICE PRO HAC VICE** |

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney, Paul J. Cianci, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the above listed case will be made

on the roll of attorneys.

      The attorney admitted <u>pro</u> <u>hac</u> <u>vice</u> must serve a copy of this Order on all other counsel in this case.

Dated:_____             _____
                                               PAUL A. CROTTY
                                               UNITED STATES DISTRICT JUDGE

cc: <u>Pro</u> <u>Hac</u> <u>Vice</u> Attorney
     Court File