EINBINDER AND DUNN, LLP
Michael Einbinder
104 W. 40th Street, 20th Floor
New York, NY 10018
Tel. No. (212) 391-9500

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

SPABO ICE CREAM CORP. d/b/a/ :
MISTER SOFTEE and :
 :
MISTER SOFTEE, INC. :   CIVIL ACTION NO:
 :   1:07-CV-08628-PAC
      Plaintiffs, :
 :
v. :   **ADMISSION TO**
 :   **PRACTICE**
E. PIEDAD RIVERA d/b/a MISTER SOFTEE :   **PRO HAC VICE**
      ET AL. :
 :
      Defendants. :

---

RECEIVED JAN 03 2008 U.S.D.C. S.D.N.Y. CASHIERS

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 1 0 2008

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney, Jeffrey Zucker, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the above listed case will be made

on the roll of attorneys.

The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

Dated: January 10, 2008

PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

cc: Pro Hac Vice Attorney
    Court File