## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **SPABO ICE CREAM CORP. d/b/a** **MISTER SOFTEE** and | : | |
| | : | |
| | : | |
| **MISTER SOFTEE, INC.** | : | **CIVIL ACTION NO.** |
| | : | **1:07-cv-08628-PAC** |
| | : | |
| Plaintiffs, | : | |
| v. | : | **REQUEST TO ENTER** |
| | : | **DEFAULT** |
| **E. PIEDAD RIVERA d/b/a MISTER SOFTEE** **ET AL.** | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

TO:  J. MICHAEL McMAHON, CLERK
       UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT NEW YORK

Please enter the defaults of Defendants E.Piedad Rivera, Jorge H. Verdugo, Parra

Sun, Inc., Haydee Cordon, Claudia Zapata, and Ramon A. Pacheco, pursuant to Rule 55(a) of

the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-

captioned action as fully appears from the court file herein and from the attached affirmation

of Paul J. Cianci.


Dated:  January 25, 2008


                                        FISHER ZUCKER LLC


                          By:          *s/ Paul J. Cianci*
                                        Paul J. Cianci
                                        21 South 21st Street
                                        Philadelphia, PA  19103
                                        (215) 825-3100
                                        Attorney for Plaintiffs
                                        Spabo Ice Cream Corp. and
                                        Mister Softee, Inc.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SPABO ICE CREAM CORP. d/b/a** : <br> **MISTER SOFTEE  and** : <br> : <br> **MISTER SOFTEE, INC.** : <br> : <br> : <br> **Plaintiffs,** : <br> **v.** : <br> : <br> **E. PIEDAD RIVERA d/b/a MISTER SOFTEE** : <br> **ET AL.** : <br> : <br> **Defendants.** : <br> : | **CIVIL ACTION NO.** <br> **1:07-cv-08628-PAC** <br><br><br> **CERTIFICATE OF** <br> **DEFAULT** |

I, J. Michael McMahon, Clerk of Court for the United States District Court for the

Southern District of New York, do hereby certify that the defendants, E.Piedad Rivera,

Jorge H. Verdugo, Parra Sun, Inc., Haydee Cordon, Claudia Zapata, and Ramon A.

Pacheco have not filed an answer or otherwise moved with respect to the complaint

herein.  The defaults of defendants, E.Piedad Rivera, Jorge H. Verdugo, Parra Sun, Inc.,

Haydee Cordon, Claudia Zapata, and Ramon A. Pacheco are hereby noted, pursuant to

Rule 55(a) of the Federal Rules of Civil Procedure.


Dated:  New York, New York
               , 2008


                                                 J. MICHAEL McMAHON
                                                 Clerk of Court


                      By:                                  
                                       Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **SPABO ICE CREAM CORP. d/b/a** **MISTER SOFTEE  and** | : | |
| | : | |
| | : | |
| **MISTER SOFTEE, INC.** | : | **CIVIL ACTION NO.** |
| | : | **1:07-cv-08628-PAC** |
| | : | |
| **Plaintiffs,** | : | |
| v. | : | **AFFIRMATION IN** |
| | : | **SUPPORT OF DEFAULT** |
| **E. PIEDAD RIVERA d/b/a MISTER SOFTEE** | : | |
| **ET AL.** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

Plaintiffs Spabo Ice Cream Corp. and Mister Softee, Inc., by their undersigned attorneys, respectfully request that the Clerk of this Court certifies default against Defendants E.Piedad Rivera ("Rivera"), Jorge H. Verdugo ("Verdugo"), Parra Sun, Inc. ("Parra Sun"), Haydee Cordon ("Cordon"), Claudia Zapata ("Zapata"), and Ramon A. Pacheco ("Pacheco"), (collectively, "Defendants"), and in support thereof Paul J. Cianci, counsel for Plaintiffs, avers as follows:

1.      Defendants Rivera, Verdugo, Cordon, Zapata, and Pacheco are adult individuals and are not in the military or incompetent persons.

2.       Defendant Parra Sun is a corporation, and thus is not an infant, in the military or an incompetent person.

3.      The time within which Defendants Rivera, Verdugo, Parra Sun, Cordon, Zapata, and Pacheco may answer or move with respect to the complaint herein has expired.  Said Defendants have not answered or otherwise moved with respect to the complaint, and the time for Defendants to do so has not been extended.

4.      True and correct copies of the Affidavits of Service upon Defendants

Rivera, Verdugo, Parra Sun, Cordon, Zapata, and Pacheco are attached hereto as Exhibits

A through F, respectively.

I certify under penalty of perjury that the foregoing is true and correct to the best of

my knowledge and information.


Dated:  January 25, 2008

<strong>FISHER ZUCKER LLC</strong>

By:      *s/ Paul J. Cianci*
          Paul J. Cianci
          21 South 21st Street
          Philadelphia, PA  19103
          (215) 825-3100
          Attorney for Plaintiffs
          Spabo Ice Cream Corp. and
          Mister Softee, Inc.