# EXHIBIT E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK:
_____X                     Index No. 07 CIV 8628

SPABO, INC. d/b/a/ MISTER SOFTEE
and MISTER SOFTEE, INC.

V.

E. PIEDAD RIVERA d/b/a/ MISTER SOFTEE,
ET AL.
_____X

State of New York     )
County of Bronx       ) ss:

AFFIDAVIT OF SERVICE OTHER THAN BY PERSONAL DELIVERY

State of New York, County of Bronx ss:

Charles S. Flemming, being duly sworn, deposes and says:
I am over 18 years of age and not a party to this action.

At 8:27 PM, on November 30nd 2007 at 1201 Oak Point Avenue, Bronx NY 10474

In the County of Bronx, City of New York, I served the attached

SUMMONS AND COMPLAINT in this matter on **Claudia Zapata**

[ ] a) delivering the said SUMMONS to:
    Who was substituted for the defendant.

Description of individual Substituted:
Sex:                Color of Skin:              Color of Hair:
Approximate Age:    Approximate Weight:         Approximate Height:

[X] b) affixing the summons and complaint to a conspicuous part of the door of 1201 Oak Point Avenue, Bronx NY 10474.

Previous attempts were made on (11/14/07), (11/15/2007), (11/20/2007) (11/23/2007), (11/27/07).

Thereafter, on December 1st, 2007, a copy of the summons and complaint was mailed to the defendant in an envelope marked personal and confidential, post paid and properly addressed to the Respondent to his last residence address or place of business or employment, by depositing the same at a post office official depository under the exclusive care and custody of the United States Postal Service within the state.

PS License No. 117993

Sworn to before me this 3rd day of December 2007

(Notary Public)

JONATHAN C. PETERS
NOTARY PUBLIC STATE OF NEW YORK
NO: 01PE6134864
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES OCTOBER 11th, 2009

