IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SPABO ICE CREAM CORP. d/b/a** : <br> **MISTER SOFTEE  and** : <br> : <br> **MISTER SOFTEE, INC.** : <br> : <br> : <br>     **Plaintiffs,** : <br> v. : <br> : <br> **E. PIEDAD RIVERA d/b/a MISTER SOFTEE** : <br> **ET AL.** : <br> : <br>     **Defendants.** : <br> : | **CIVIL ACTION NO.** <br> **1:07-cv-08628-PAC** <br> <br> **REQUEST TO ENTER** <br> **DEFAULT** |

TO:  J. MICHAEL McMAHON, CLERK
     UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT NEW YORK

       Please enter the defaults of Defendants E.Piedad Rivera, Jorge H. Verdugo, Parra Sun, Inc., Haydee Cordon, Claudia Zapata, and Ramon A. Pacheco, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action as fully appears from the court file herein and from the attached affirmation of Paul J. Cianci.

Dated:  January 25, 2008

                                  **FISHER ZUCKER LLC**

                By:     *s/ Paul J. Cianci*
                            Paul J. Cianci
                            21 South 21st Street
                            Philadelphia, PA  19103
                            (215) 825-3100
                            Attorney for Plaintiffs
                            Spabo Ice Cream Corp. and
                            Mister Softee, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **SPABO ICE CREAM CORP. d/b/a** <br> **MISTER SOFTEE  and** | : <br> : <br> : | |
| **MISTER SOFTEE, INC.** | : <br> : <br> : | **CIVIL ACTION NO.** <br> **1:07-cv-08628-PAC** |
| **Plaintiffs,** <br> v. | : <br> : <br> : | **CERTIFICATE OF** <br> **DEFAULT** |
| **E. PIEDAD RIVERA d/b/a MISTER SOFTEE** <br> **ET AL.** | : <br> : <br> : | |
| **Defendants.** | : <br> : | |

   I, J. Michael McMahon, Clerk of Court for the United States District Court for the Southern District of New York, do hereby certify that the defendants, E.Piedad Rivera, Jorge H. Verdugo, Parra Sun, Inc., Haydee Cordon, Claudia Zapata, and Ramon A. Pacheco have not filed an answer or otherwise moved with respect to the complaint herein.  The defaults of defendants, E.Piedad Rivera, Jorge H. Verdugo, Parra Sun, Inc., Haydee Cordon, Claudia Zapata, and Ramon A. Pacheco are hereby noted, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.


   Dated:  New York, New York
             _____, 2008


                                             J. MICHAEL McMAHON
                                             Clerk of Court



                                    By:  _____
                                         Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SPABO ICE CREAM CORP. d/b/a** : | |
| **MISTER SOFTEE  and** : | |
| : | |
| **MISTER SOFTEE, INC.** : | CIVIL ACTION NO. |
| : | 1:07-cv-08628-PAC |
| : | |
| **Plaintiffs,** : | |
| v. : | AFFIRMATION IN |
| : | SUPPORT OF DEFAULT |
| **E. PIEDAD RIVERA d/b/a MISTER SOFTEE** : | |
| **ET AL.** : | |
| : | |
| **Defendants.** : | |
| : | |

Plaintiffs Spabo Ice Cream Corp. and Mister Softee, Inc., by their undersigned attorneys, respectfully request that the Clerk of this Court certifies default against Defendants E.Piedad Rivera ("Rivera"), Jorge H. Verdugo ("Verdugo"), Parra Sun, Inc. ("Parra Sun"), Haydee Cordon ("Cordon"), Claudia Zapata ("Zapata"), and Ramon A. Pacheco ("Pacheco"), (collectively, "Defendants"), and in support thereof Paul J. Cianci, counsel for Plaintiffs, avers as follows:

1.   Defendants Rivera, Verdugo, Cordon, Zapata, and Pacheco are adult individuals and are not in the military or incompetent persons.

2.    Defendant Parra Sun is a corporation, and thus is not an infant, in the military or an incompetent person.

3.   The time within which Defendants Rivera, Verdugo, Parra Sun, Cordon, Zapata, and Pacheco may answer or move with respect to the complaint herein has expired.  Said Defendants have not answered or otherwise moved with respect to the complaint, and the time for Defendants to do so has not been extended.

4. True and correct copies of the Affidavits of Service upon Defendants Rivera, Verdugo, Parra Sun, Cordon, Zapata, and Pacheco are attached hereto as Exhibits A through F, respectively.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

Dated: January 25, 2008

                                              **FISHER ZUCKER LLC**

By: *s/ Paul J. Cianci*
Paul J. Cianci
21 South 21st Street
Philadelphia, PA 19103
(215) 825-3100
Attorney for Plaintiffs
Spabo Ice Cream Corp. and
Mister Softee, Inc.