# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK:                               Index No. 07 CIV 8628
_____X
SPABO, INC. d/b/a/ MISTER SOFTEE
   and MISTER SOFTEE, INC.

                         V.

E. PIEDAD RIVERA d/b/a/ MISTER SOFTEE,
           ET AL.
_____X

State of New York    )
County of Bronx      )  ss:
                                AFFIDAVIT OF SERVICE

Charles s. Flemming being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides within the State of New York.
That on October 12, 2007 at 7:30 PM at:
   427 Turneur Avenue, Apt. 1F
   Bronx, NY 10473
Deponent served the:
SUMMONS AND COMPLAINT
upon E. PIEDAD RIVERA,
by delivering true copies to:
Raphael Garcia
who stated that they were authorized to accept service on behalf of:
E. PIEDAD RIVERA

Within 20 days of such service, deponent enclosed a copy of the same in a first class postpaid envelope
properly addressed to recipient at:
   E. PIEDAD RIVERA
   427 TURNEUR AVENUE, APT. 1F
   BRONX, NY 10473
And deposited said envelope in an official depository under the exclusive care and custody of the
U.S. Postal Service within New York State. The envelope bore the legend "PERSONAL AND
CONFIDENTIAL" and did not indicate by return address or otherwise that the communication was
From an attorney or concerned action against the recipient.

To the best of my knowledge, based on information and belief, the said recipient at the time of service
 was not engaged in the military service of the United States or New York. Recipient wore ordinary
civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 27   HEIGHT: 5'7"   Weight: 155   HAIR: Black   RACE: Hispanic   SEX: Male

Sworn to before me this 22nd day of October 2007

                                                      _____
                                                              Charles Flemming
_____                                 P.S License No. 1179930
        Notary Public

                              JONATHAN C. PETERS
                         NOTARY PUBLIC STATE OF NEW YORK
                                  NO: 01PE6134884
                            QUALIFIED IN KINGS COUNTY
                         COMMISSION EXPIRES OCTOBER 11th 2009