v.    An order requiring Defendants to make all necessary changes and alterations to their trucks to avoid further infringement of Mister Softee's Trade Dress;

vi.    Punitive damages;

vii.    Attorneys' fees;

viii.    Costs of this action; and

ix.    Such further relief as this Court deems just and proper.

EINBINDER & DUNN, LLP

10/4/07
Date

By: _____
    Michael Einbinder
    104 W. 40th Street, 20th Floor
    New York, NY 10018
    Attorneys for Plaintiffs Spabo, Inc.
    and Mister Softee, Inc.

Of Counsel: _____
    Jeffrey Zucker
    Fisher Zucker LLC
    21 South 21st Street
    Philadelphia, PA 19103
    (215) 825-3100
    Attorneys for Plaintiffs Spabo, Inc.
    and Mister Softee, Inc.

# EXHIBIT A









# EXHIBIT B

PLATE: 320090X    TYPE: COMMERCIAL                REGISTRANT INFORMATION:
VIN#: CPY325V301357                               RIVERA, PIEDAD, E          DOB: 04/15/63
75 CHEVR WH/BL   VAN   WEIGHT:006500                                         SEX: F
FUEL: GAS        CYL: 08                           427 TURNEUR AV 1F          COUNTY: BRON
EXPIRES: 04/24/09   VALID: 05/01/07                BRONX NY                   ZIP: 10473
INS:                                               MI#: R09802 62470 052838-63

----- PREVIOUS VEHICLES/PLATES/INSURANCE INFO ASSOCIATED WITH THIS RECORD ----

PREVIOUS PLATE: DXZ7359   TYPE: PASSENGER     PLATES REPLACED ON: 05/01/07

VOLUNTARY PLATE SURRENDER ON: 05/01/07

75 CHEVR WH/BL   VAN   WEIGHT:004500 FUEL: GAS        CYL 08 VIN# CPY325V301357
EXPIRES: 04/24/09   VALID: 04/25/07














# EXHIBIT C