```
PLATE: 76292JW   TYPE: COMMERCIAL        REGISTRANT INFORMATION
VIN#: 1FTSS34FXWHA64222                  VERDUGO,JORGE,G           DOB: 07/26/78
98 FORD  WHITE  VAN  WEIGHT:006500                                 SEX: M
FUEL: GAS      CYL: 08                   944 POHENIX AVE 2FL       COUNTY: WEST
EXPIRES: 04/19/09  VALID: 04/20/07       PEEKSKILL NY              ZIP: 10566
INS:                                     MI#: V05645 66982 144931-78
```













# EXHIBIT D

PLATE: 76069JW    TYPE: COMMERCIAL
VIN#: P35J0H3SF09
60 FORD WHITE VAN  WEIGHT:008800
FUEL: GAS      CYL: 06
EXPIRES: 03/31/09  VALID: 03/30/07
INS:

REGISTRANT INFORMATION
FARRA, SUN, INC

1051 HOLLYWOOD AVE      COUNTY: BRON
BRONX NY               ZIP: 10456
MI#: P61656 85531 931045-64









# EXHIBIT E

PLATE: 351713V    TYPE: COMMERCIAL
VIN#: 1GDHB33K4KV208628-PAC
89 GMC    GREY    DELV WEIGHT:004800
FUEL: GAS    CYL: 08
EXPIRES: 03/07/08    VALID: 03/08/06
INS:

REGISTRANT INFORMATION
CORDON, HAYDEE    DOB: 09/02/84
                 SEX: F
1805 CROTONA AV 17D    COUNTY: BRON
BRONX NY    ZIP: 10457
MI#: C15663 11699 765728-64



