



# EXHIBIT F

```
PLATE: 77342JU     TYPE: COMMERCIAL              REGISTRANT INFORMATION
VIN#: 1GCJP32J5J3320132                          ZAPATA,CLAUDIA              DOB: 08/31/80
86 CHEVR WHITE  VAN  WEIGHT:008000                                           SEX: F
FUEL: DIESEL    CYL: 08                          1201 OAK POINT AV           COUNTY: BRON
EXPIRES: 06/27/09  VALID: 06/26/07               BRONX NY                    ZIP: 10474
INS:                                             MI#: Z01560 05986 785674-80
```











# EXHIBIT G

```
PLATE: 4287JS     TYPE: COMMERCIAL            REGISTRANT INFORMATION:
VIN#: K1935ZS126931                           PACHECO, RAMON, A        DOB: 05/20/56
61 CHEVR WHITE   VAN   WEIGHT:006300                                   SEX: M
FUEL: GAS        CYL: 06                      16 E 177TH ST APT 1E     COUNTY: BRON
EXPIRES: 03/13/09   VALID: 03/14/07           BRONX NY                 ZIP: 10453
INS:                                          MI#: P01085 96878 763554-56
```






