# Exhibit "B"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK:
                                                             Index No. 07 CIV 8628
─────────────────────────────────────────X
SPABO, INC. d/b/a/ MISTER SOFTEE
     and MISTER SOFTEE, INC.

                     V.

E. PIEDAD RIVERA d/b/a/ MISTER SOFTEE,
            ET AL.
─────────────────────────────────────────X

State of New York  )
County of Bronx    ) ss:
                              AFFIDAVIT OF SERVICE

Charles S. Flemming being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides within the State of New York.
That on October 12, 2007 at 7:30 PM at:
    427 Turneur Avenue, Apt. 1F
    Bronx, NY 10473
Deponent served the:
SUMMONS AND COMPLAINT
upon E. PIEDAD RIVERA,
by delivering true copies to:
Raphael Garcia
who stated that they were authorized to accept service on behalf of:
E. PIEDAD RIVERA

Within 20 days of such service, deponent enclosed a copy of the same in a first class postpaid envelope
properly addressed to recipient at:
    E. PIEDAD RIVERA
    427 TURNEUR AVENUE, APT. 1F
    BRONX, NY 10473
And deposited said envelope in an official depository under the exclusive care and custody of the
U.S. Postal Service within New York State. The envelope bore the legend "PERSONAL AND
CONFIDENTIAL" and did not indicate by return address or otherwise that the communication was
From an attorney or concerned action against the recipient.

To the best of my knowledge, based on information and belief, the said recipient at the time of service
was not engaged in the military service of the United States or New York. Recipient wore ordinary
civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 27   HEIGHT: 5'7"   Weight: 155   HAIR: Black   RACE: Hispanic   SEX: Male

Sworn to before me this 22nd day of October 2007

                                                    _____
                                                         Charles Flemming
_____                                  P.S License No. 1179930
     Notary Public
                        JONATHAN C. PETERS
                   NOTARY PUBLIC STATE OF NEW YORK
                            NO: 01PE6134804
                       QUALIFIED IN KINGS COUNTY
                   COMMISSION EXPIRES OCTOBER 11th, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK:
_____X
SPABO, INC. d/b/a/ MISTER SOFTEE
and MISTER SOFTEE, INC.

V.

E. PIEDAD RIVERA d/b/a/ MISTER SOFTEE,
ET AL.
_____X

Index No. 07 CIV 8628

State of New York    )
County of Bronx      ) ss:

### AFFIDAVIT OF SERVICE OTHER THAN BY PERSONAL DELIVERY

State of New York, County of Bronx ss:

Charles S. Flemming, being duly sworn, deposes and says:
I am over 18 years of age and not a party to this action.

At 10:40 AM, on November 2nd 2007 at 944 Phoenix, Avenue, 2nd Floor, Peekskill, NY 10566

In the City of Peekskill, County of Westchester, State of New York, I served the attached

SUMMONS AND COMPLAINT in this matter on **Jorge H. Verdugo**

[ ] a) delivering the said SUMMONS to:
Who was substituted for the defendant.

Description of individual Substituted:
Sex:                Color of Skin:              Color of Hair:
Approximate Age:    Approximate Weight:         Approximate Height:

[X] b) affixing the summons and complaint to a conspicuous part of the door of 944 Phoenix Avenue, Peekskill, NY 10566.

Previous attempts were made on (10/13/07), (10/15/2007), (10/23/2007), (10/31/07).

Thereafter, on November 5th, 2007, a copy of the summons and complaint was mailed to the defendant in an envelope marked personal and confidential, post paid and properly addressed to the Respondent to his last residence address or place of business or employment, by depositing the same at a post office official depository under the exclusive care and custody of the United States Postal Service within the state.

PS License No. 1179930

Sworn to before me this 5th day of November 2007

(Notary Public)

JONATHAN C. PETERS
NOTARY PUBLIC STATE OF NEW YORK
NO: 01PE6134884
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES OCTOBER 11th, 2009

| U.S. POSTAL SERVICE | CERTIFICATE OF MAILING |
|---|---|

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE–POSTMASTER

Received From:

ASHLIN
P.O. BOX 4254
NEW YORK, NY 10163

One piece of ordinary mail addressed to:

JORGE H. VERDUGO
944 PHOENIX AVE. 2ND FLOOR
PEEKSKILL, NY 10566

PS Form 3817, January 2001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK:
                                                                    Index No. 07 CIV 8628
----------------------------------------X
SPABO, INC. d/b/a/ MISTER SOFTEE
   and MISTER SOFTEE, INC.

                    V.

E. PIEDAD RIVERA d/b/a/ MISTER SOFTEE,
         ET AL.
----------------------------------------X

State of New York  )
County of Bronx    )  ss:
                              AFFIDAVIT OF SERVICE

Charles s. Flemming being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides within the State of New York.
That on October 27, 2007 at 8:05 PM at:

**PARRA SUN, INC**
**1051 HOLLYWOOD AVENUE**
**BRONX, NY 10456**
Deponent served the:

**SUMMONS AND COMPLAINT**

n **PARRA SUN, INC.**

a domestic and/or foreign corporation
by delivering thereat true copies to Carmine Conte
personally, deponent knew said corporation so served to be the corporation
described in same as said recipient and knew said individual to be the
owner and who stated that they were
authorized to accept service thereof.


Deponent describes the individual served as follows:
AGE: 45   HEIGHT: 5'7"   Weight: 170   HAIR: Bald/Black   RACE: White   SEX: Male

Sworn to before me this 27th day of October 2007

_____                    _____
          Notary Public                                      Charles Flemming
                                                             P.S License No. 1179930

JONATHAN C. PETERS
NOTARY PUBLIC STATE OF NEW YORK
NO: 01PE6134884
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES OCTOBER 11th, 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK:
_____X        Index No. 07 CIV 8628
SPABO, INC. d/b/a/ MISTER SOFTEE
 and MISTER SOFTEE, INC.

                    V.

E. PIEDAD RIVERA d/b/a/ MISTER SOFTEE,
            ET AL.
_____X

State of New York    )
County of Bronx      ) ss:

### AFFIDAVIT OF SERVICE OTHER THAN BY PERSONAL DELIVERY

State of New York, County of Bronx ss:

Charles S. Flemming, being duly sworn, deposes and says:
I am over 18 years of age and not a party to this action.

At 10:27 AM, on November 3rd 2007 at 1805 Crotona Avenue, Apt. 17D, Bronx, NY 10474

In the County of Bronx, City of New York, I served the attached

SUMMONS AND COMPLAINT in this matter on **Haydee Cordon** by

[ ] a) delivering the said SUMMONS to:
   Who was substituted for the defendant.

Description of individual Substituted:
Sex:                Color of Skin:              Color of Hair:
Approximate Age:    Approximate Weight:         Approximate Height:

[X] b) affixing the summons and complaint to a conspicuous part of the door of 1805 Crotona Avenue, Apt. 17D, Bronx, NY 10474.

Previous attempts were made on (10/12/07), (10/13/2007), (10/16/2007) (10/22/2007), (10/31/07).

Thereafter, on November 5th, 2007, a copy of the summons and complaint was mailed to the defendant in an envelope marked personal and confidential, post paid and properly addressed to the Respondent to his last residence address or place of business or employment, by depositing the same at a post office official depository under the exclusive care and custody of the United States Postal Service within the state.

                                              _Charles S. Flemming_
                                              PS License No. 1179930

Sworn to before me this 5th day of November 2007

_Jonathan C. Peters_
(Notary Public)

JONATHAN C. PETERS
NOTARY PUBLIC STATE OF NEW YORK
NO: 01PE6134884
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES OCTOBER 11th, 2008



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK:
--------------------------------------------X                Index No. 07 CIV 8628
SPABO, INC. d/b/a/ MISTER SOFTEE
and MISTER SOFTEE, INC.

V.

E. PIEDAD RIVERA d/b/a/ MISTER SOFTEE,
ET AL.
--------------------------------------------X

State of New York    )
County of Bronx     ) ss:
            AFFIDAVIT OF SERVICE OTHER THAN BY PERSONAL DELIVERY

State of New York, County of Bronx ss:

Charles S. Flemming, being duly sworn, deposes and says:
I am over 18 years of age and not a party to this action.

At 8:27 PM, on November 30nd 2007 at 1201 Oak Point Avenue, Bronx NY 10474

In the County of Bronx, City of New York, I served the attached

**SUMMONS AND COMPLAINT** in this matter on **Claudia Zapata**

[ ] a) delivering the said SUMMONS to:
        Who was substituted for the defendant.

Description of individual Substituted:
Sex:                    Color of Skin:                  Color of Hair:
Approximate Age:        Approximate Weight:             Approximate Height:

[ X ] b) affixing the summons and complaint to a conspicuous part of the door of 1201 Oak Point Avenue, Bronx NY 10474.

Previous attempts were made on (11/14/07), (11/15/2007), (11/20/2007) (11/23/2007) (11/27/07).

Thereafter, on December 1st, 2007, a copy of the summons and complaint was mailed to the defendant in an envelope marked personal and confidential, post paid and properly addressed to the Respondent to his last residence address or place of business or employment, by depositing the same at a post office official depository under the exclusive care and custody of the United States Postal Service within the state.

                                                    _____
                                                    PS License No. 1179930

Sworn to before me this 3rd day of December 2007

_____
    (Notary Public)

JONATHAN C. PETERS
NOTARY PUBLIC STATE OF NEW YORK
NO: 01PE6134664
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES OCTOBER 11th, 2009



U.S. POSTAL SERVICE — CERTIFICATE OF MAILING
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE-POSTMASTER

Received From:
ASHLIN
P.O. BOX 4254
NEW YORK, NY 10163

One piece of ordinary mail addressed to:
CLAUDIA ZAPATA
1201 OAKPOINT AVENUE
BRONX, NY 10474

PS Form 3817, January 2001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK:
_____X

SPABO, INC. d/b/a/ MISTER SOFTEE
and MISTER SOFTEE, INC.

V.

E. PIEDAD RIVERA d/b/a/ MISTER SOFTEE,
ET AL.
_____X

Index No. 07 CIV 8628

State of New York    )
County of Bronx     ) ss:

### AFFIDAVIT OF SERVICE OTHER THAN BY PERSONAL DELIVERY

State of New York, County of Bronx ss:

Charles S. Flemming, being duly sworn, deposes and says:
I am over 18 years of age and not a party to this action.

At 9:27 PM, on November 3nd 2007 at 16 East 177th Street, Apt. 1E, Bronx, NY 10453

In the County of Bronx, City of New York, I served the attached

SUMMONS AND COMPLAINT in this matter on **Ramon A. Pacheco** by

[ ] a) delivering the said SUMMONS to:
    Who was substituted for the defendant.

Description of individual Substituted:
Sex:                Color of Skin:              Color of Hair:
Approximate Age:    Approximate Weight:         Approximate Height:

[X] b) affixing the summons and complaint to a conspicuous part of the door of 16 East 177th Street, Apt. 1E, Bronx, NY 10453.

Previous attempts were made on (10/12/07), (10/15/2007), (10/17/2007) (10/24/2007), (10/31/07).

Thereafter, on November 5th, 2007, a copy of the summons and complaint was mailed to the defendant in an envelope marked personal and confidential, post paid and properly addressed to the Respondent to his last residence address or place of business or employment, by depositing the same at a post office official depository under the exclusive care and custody of the United States Postal Service within the state.

PS License No. 1179930

Sworn to before me this 5th day of November 2007

_____
(Notary Public)

JONATHAN C. PETERS
NOTARY PUBLIC STATE OF NEW YORK
NO: 01PE6134864
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES OCTOBER 11th, 2009

| U.S. POSTAL SERVICE | CERTIFICATE OF MAILING |
|---|---|

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL. DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:

ASHLIN
P.O. BOX 4254
NEW YORK, NY 10163

One piece of ordinary mail addressed to:

RAMON A. PACHECO
16 EAST 177 STREET # 1E
BRONX, NY 10453

PS Form 3817, January 2001