# Exhibit 1

Page: 1
07/17/2007
Account No: 1300-41M
Invoice No: 23693

Mister Softee Franchise LLC
901 E. Clements Bridge Road
Runnemede  NJ  08078

Attn: James F. Conway, Jr.

Bronx Infringers 2007

### Expenses

| Date | Description | Amount |
|---|---|---|
| 05/29/2007 | Miscellaneous Expense: 1/2 of North American Investigations Invoice # IN4465 | 450.00 |
| | Total Expenses | 450.00 |
| | Total Current Work | 450.00 |
| | Balance Due | $450.00 |

A finance charge of 1.5% per month will be assessed
on all accounts past due 30 days.

Mister Softee Franchise LLC
901 E. Clements Bridge Road
Runnemede  NJ  08078

Attn: James F. Conway, Jr.

Page: 1
08/02/2007
Account No: 1300-41M
Invoice No: 23942

Bronx Infringers 2007

| | | | | |
|---|---|---|---|---|
| | Previous Balance | | | $450.00 |

### Fees

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 07/03/2007 | BG | Telephone with PI re: case status and additional depot investigations | 210.00 | 0.50 | 105.00 |
| 07/06/2007 | JZ | Telephone with investigator re: new truck locations | 350.00 | 0.40 | 140.00 |
| 07/09/2007 | BG | Correspondence with PI re: case status; discussed definite timeline for completion of first round of potential infringers | 210.00 | 0.70 | 147.00 |
| 07/18/2007 | JZ | Review investigator report | 350.00 | 0.80 | 280.00 |
| 07/26/2007 | BG | Telephone with PI re: 2007 infringers | 210.00 | 0.20 | 42.00 |
| | | For Current Services Rendered | | 2.60 | 714.00 |
| | | Total Current Work | | | 714.00 |

### Payments

| | | |
|---|---|---|
| Total Payments for 07/30/2007 | | -450.00 |
| Balance Due | | $714.00 |

A finance charge of 1.5% per month will be assessed
on all accounts past due 30 days.

Mister Softee Franchise LLC
901 E. Clements Bridge Road
Runnemede  NJ  08078

Attn: James F. Conway, Jr.

Page: 1
09/11/2007
Account No:   1300-41M
Invoice No:        24192

Bronx Infringers 2007

|  |  |  | Previous Balance |  |  | $714.00 |
|---|---|---|---|---|---|---|

Fees

| Date | Init | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 08/03/2007 | JZ | Review results of investigation | 350.00 | 0.40 | 140.00 |
| 08/06/2007 | BG | Review of all infringing trucks; created table with truck number, license number, driver/operator and infringing marks on each truck. | 210.00 | 1.20 | 252.00 |
|  | DA | Conference with BG re: Complaint; conference with JZ | 240.00 | 0.40 | 96.00 |
| 08/07/2007 | BG | Prepare 2007 infringement complaint. | 210.00 | 1.50 | 315.00 |
| 08/08/2007 | BG | Prepare 2007 infringement complaint. | 210.00 | 0.90 | 189.00 |
| 08/13/2007 | BG | Draft complaint. | 210.00 | 2.30 | 483.00 |
|  | DA | Conference with BG<br>Review infringe photos | 240.00 | 0.90 | 216.00 |
| 08/14/2007 | BG | Draft complaint and integrate exhibits. | 210.00 | 1.30 | 273.00 |
| 08/16/2007 | JZ | Revise Complaint; telephone with P.B. re: SPABO as plaintiff. | 350.00 | 0.50 | 175.00 |
|  | BG | Amend complaint and prep. for filing. | 210.00 | 0.70 | 147.00 |
| 08/20/2007 | BG | Telephone. with depot manager, re: status as plaintiff in 2007 infringement case. | 210.00 | 0.20 | 42.00 |
| 08/22/2007 | BG | Draft of complaint and exhibits. | 210.00 | 2.00 | 420.00 |
| 08/23/2007 | BG | Finish draft of complaint, organize exhibits. | 210.00 | 2.10 | 441.00 |
| 08/24/2007 | PC | Prepare Complaint | 285.00 | 2.00 | 570.00 |
| 08/27/2007 | BG | Draft summons for 6 defendants<br>Prepare complaint for filing | 210.00 | 0.80 | 168.00 |

Mister Softee Franchise LLC

Bronx Infringers 2007

|  |  |  |  | Page: | 2 |
|---|---|---|---|---|---|
|  |  |  |  |  | 09/11/2007 |
|  |  |  |  | Account No: | 1300-41M |
|  |  |  |  | Invoice No: | 24192 |

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| 08/31/2007 |  |  |  |  |
| JZ | Finalize Complaint | 350.00 | 1.00 | 350.00 |
| BG | Finalize complaints for filing;Telephoned local counsel, re: ECF and filing procedures;Contact document technologies to scan exhibits for filing;Create civil cover sheets and addendums thereto. | 210.00 | 0.80 | 168.00 |
|  | For Current Services Rendered |  | 19.00 | 4,445.00 |

### Expenses

| 08/24/2007 | Photocopy Charges: Document Technologies, Inc.-Invoice#343446 | 1,494.26 |
|---|---|---|
| 08/31/2007 | Photocopy Charges: Document Technologies, Inc. | 11.24 |
|  | Total Expenses | 1,505.50 |
|  | Total Current Work | 5,950.50 |
|  | Balance Due | $6,664.50 |

A finance charge of 1.5% per month will be assessed
on all accounts past due 30 days.

| | | Page: | 1 |
|---|---|---|---|
| Mister Softee Franchise LLC | | | 10/04/2007 |
| 901 E. Clements Bridge Road | | Account No: | 1300-41M |
| Runnemede  NJ  08078 | | Invoice No: | 24471 |

Attn: James F. Conway, Jr.

Bronx Infringers 2007

| | Previous Balance | | | $6,664.50 |
|---|---|---|---|---|

### Fees

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 09/06/2007 | BG | Draft motion for preliminary injunction. | 210.00 | 1.90 | 399.00 |
| 09/07/2007 | BG | Draft motion for preliminary injunction. | 210.00 | 1.00 | 210.00 |
| 09/10/2007 | JZ | Research re: standing issue. | 350.00 | 0.50 | 175.00 |
| | BG | Draft brief in support of motion for prelim. Injunction. | 210.00 | 2.00 | 420.00 |
| 09/24/2007 | BG | Draft motion for prelim. Injunction and brief in support thereof. | 210.00 | 0.80 | 168.00 |
| 09/28/2007 | JZ | Attention to filing and service. | 350.00 | 0.50 | 175.00 |
| | | For Current Services Rendered | | 6.70 | 1,547.00 |

### Expenses

| 08/22/2007 | Online Legal Research: West Payment Center -Invoice# 814352309 | 5.13 |
|---|---|---|
| 08/31/2007 | Overnight Delivery/Messenger Services: Federal Express -Invoice# 2-245-82840 | 8.44 |
| 08/31/2007 | Online Legal Research: West Payment Center -Invoice# 814352309 | 28.40 |
| | Total Expenses | 41.97 |
| | Total Current Work | 1,588.97 |
| | Balance Due | $8,253.47 |

A finance charge of 1.5% per month will be assessed
on all accounts past due 30 days.

Mister Softee Franchise LLC
901 E. Clements Bridge Road
Runnemede  NJ  08078

Attn: James F. Conway, Jr.

Page: 1
11/05/2007
Account No: 1300-41M
Invoice No: 24725

Bronx Infringers 2007

|  |  |  |  | Previous Balance | $8,253.47 |
|---|---|---|---|---|---|

### Fees

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/02/2007 | BG | revise complaint and other materials for local counsel; prepare instructions for filing; draft cover letter to local counsel; prepare exhibits on CD for e-filing. | 210.00 | 1.10 | 231.00 |
| 10/03/2007 | BG | Tele. with local counsel (2x) to ensure receipt of documents and prepare for filing. | 210.00 | 0.60 | 126.00 |
| 10/04/2007 | BG | Tele. with local counsel; edit summons; go through steps for filing; e-mail local counsel summons and updated cover sheet; color exhibits prepared for DTI. | 210.00 | 1.10 | 231.00 |
| 10/05/2007 | BG | Attach color exhibits and cover sheet to returned summons from local counsel. | 210.00 | 0.80 | 168.00 |
| 10/08/2007 | FR | Prepare complaints for service. | 230.00 | 1.00 | 230.00 |
| 10/09/2007 | JZ | Service issues. | 350.00 | 0.50 | 175.00 |
|  | FR | Email correspondence with local counsel; telephone with process service. | 230.00 | 0.20 | 46.00 |
| 10/16/2007 | BG | Draft cover letter to Jimmy Spellarious, re: engagement of local counsel; send letter to Spellarious. | 210.00 | 0.30 | 63.00 |
| 10/24/2007 | BG | Email and tele. process server, re: service of E. Piedad Rivera; email to local counsel for filing. | 210.00 | 0.30 | 63.00 |
| 10/25/2007 | BG | Receipt of fax from process server, re: affidavits of service; tele. with process server; prepare affidavits for filing. | 210.00 | 0.50 | 105.00 |
| 10/29/2007 | BG | Review affidavits of service; Prepare affidavits of service for filing with local counsel; send to local counsel for e-filing; tele. with process server. | 210.00 | 0.50 | 105.00 |
| 10/30/2007 | JZ | Attention to service. | 350.00 | 0.30 | 105.00 |

Mister Softee Franchise LLC

Page: 2
11/05/2007
Account No: 1300-41M
Invoice No: 24725

Bronx Infringers 2007

|  |  | Rate | Hours |  |
|---|---|---:|---:|---:|
| 10/31/2007 BG | Tele. with defendant E. Piedad Rivera, re: complaint and settlement. | 210.00 | 0.30 | 63.00 |
|  | For Current Services Rendered |  | 7.50 | 1,711.00 |

### Expenses

| 10/08/2007 | Overnight Delivery/Messenger Services: Worldwide Express - Invoice# 605548 | 23.53 |
|---|---|---:|
| 10/09/2007 | Photocopy Charges: Document Technologies, Inc. - Invoice# 354018 | 2,697.68 |
| 10/10/2007 | Overnight Delivery/Messenger Services: Worldwide Express - Invoice# 627112 | 177.08 |
|  | Total Expenses | 2,898.29 |
|  | Total Current Work | 4,609.29 |

### Payments

Total Payments for 10/05/2007                -6,664.50

Balance Due                                  $6,198.26

A finance charge of 1.5% per month will be assessed
on all accounts past due 30 days.

|  |  | Page: | 1 |
|---|---|---|---|
| Mister Softee Franchise LLC |  |  | 12/05/2007 |
| 901 E. Clements Bridge Road |  | Account No: | 1300-41M |
| Runnemede  NJ  08078 |  | Invoice No: | 24976 |

Attn: James F. Conway, Jr.

Bronx Infringers 2007

| | | | Previous Balance | | | $6,198.26 |
|---|---|---|---|---|---|---|

### Fees

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 11/01/2007 | BG | Tele. with defendant, E. Piedad Rivera, re: settlement negotiations. | 210.00 | 0.50 | 105.00 |
| 11/06/2007 | BG | Review, prepare, and send affidavits of service (3) to local counsel for filing; tele. with process server, re: status; tele. and email with local counsel. | 210.00 | 0.60 | 126.00 |
| 11/08/2007 | BG | Draft praecipe for entry of default judgment for E. Piedad Rivera and accompanying affidavit. | 210.00 | 1.30 | 273.00 |
| 11/13/2007 | BG | Amend and draft entry of default judgment; draft affidavit in support thereof. | 210.00 | 0.70 | 147.00 |
| 11/14/2007 | BG | Draft motion for default judgment, permanent injunction and attorney's fees to file upon completion of service on defendants and 20 day notice. | 210.00 | 2.50 | 525.00 |
| 11/16/2007 | BG | Prepare file for DJ to take over; tele. with process server; draft memo for DJ and JZ, re: status; draft request for cert. of default (for 3 defendants);. | 210.00 | 0.80 | 168.00 |
| 11/19/2007 | JZ | Revise default package. | 350.00 | 0.20 | 70.00 |
|  | DJ | Draft Parra Sun Defendant - request for cert. for default. | 240.00 | 1.50 | 360.00 |
| 11/21/2007 | DJ | Draft request for cert of default - Verdugo. | 240.00 | 0.40 | 96.00 |
| 11/26/2007 | DJ | Draft two requests for cert of default. | 240.00 | 0.40 | 96.00 |
|  | JZ | Service issues. | 350.00 | 0.20 | 70.00 |
| 11/28/2007 | DJ | Review docket entries. | 240.00 | 0.30 | 72.00 |
| 11/29/2007 | DJ | Revise requests for cert of default; draft email with attachments for default filings. | 240.00 | 0.70 | 168.00 |
|  |  | For Current Services Rendered |  | 10.10 | 2,276.00 |

Mister Softee Franchise LLC

Bronx Infringers 2007

| | |
|---|---|
| Total Current Work | 2,276.00 |
| Balance Due | $8,474.26 |

A finance charge of 1.5% per month will be assessed on all accounts past due 30 days.

|  |  |  |
|---|---|---|
| Mister Softee Franchise LLC | Page: | 1 |
| 901 E. Clements Bridge Road | | 12/18/2007 |
| Runnemede  NJ  08078 | Account No: | 1300-41M |
|  | Invoice No: | 25195 |

Attn: James F. Conway, Jr.

Bronx Infringers 2007

|  |  |  |  |  |
|---|---|---|---|---|
| | Previous Balance | | | $8,474.26 |

### Fees

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 12/05/2007 | JZ | Service issues. | 350.00 | 0.40 | 140.00 |
| 12/06/2007 | DJ | Organize infringers timeline; scanned in last affidavit of service; draft email to local counsel for e-filing last affidavit; review docket for SDNY. | 240.00 | 0.50 | 120.00 |
| | PC | Review requests for default; conference with DJ. | 285.00 | 0.20 | 57.00 |
| 12/11/2007 | DJ | Review docket report for SDNY. | 240.00 | 0.20 | 48.00 |
| 12/14/2007 | DJ | Draft pro hac vice motions for JZ and PJC. | 240.00 | 1.60 | 384.00 |
| | | For Current Services Rendered | | 2.90 | 749.00 |

### Expenses

| | | | |
|---|---|---|---|
| 12/06/2007 | Processor Fee: Ashlin Process Servers -Invoice# 10055 | | 750.00 |
| | Total Expenses | | 750.00 |
| | Total Current Work | | 1,499.00 |

### Payments

| | |
|---|---|
| Total Payments for 12/17/2007 | -8,474.26 |
| Balance Due | $1,499.00 |

A finance charge of 1.5% per month will be assessed
on all accounts past due 30 days.

Page: 1
01/15/2008

Mister Softee Franchise LLC
901 E. Clements Bridge Road
Runnemede  NJ  08078

Account No: 1300-41M
Invoice No: 25225

Attn: James F. Conway, Jr.

Bronx Infringers 2007

| | | | | Previous Balance | $1,499.00 |

### Fees

| Date | | | Rate | Hours | |
|---|---|---|---|---|---|
| 12/26/2007 DJ | Draft request for cert. of default-Zapata. | | 240.00 | 0.40 | 96.00 |
| | For Current Services Rendered | | | 0.40 | 96.00 |
| | Total Current Work | | | | 96.00 |

### Payments

| | Total Payments for 01/02/2008 | | | | -1,499.00 |
| | Balance Due | | | | $96.00 |

A finance charge of 1.5% per month will be assessed
on all accounts past due 30 days.

Mister Softee Franchise LLC  
901 E. Clements Bridge Road  
Runnemede  NJ  08078

Page: 1
02/07/2008
Account No: 1300-41M
Invoice No: 25582

Attn: James F. Conway, Jr.

Bronx Infringers 2007

| | | | | | |
|---|---|---|---|---|---|
| | Previous Balance | | | | $96.00 |

### Fees

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 01/03/2008 | DJ | Revise Zapata request for cert of default. | 240.00 | 0.40 | 96.00 |
| 01/07/2008 | DJ | Telephone with ME re: motion for judgment of default. | 240.00 | 0.10 | 24.00 |
| 01/08/2008 | DJ | Draft motion for default judgment. | 240.00 | 1.50 | 360.00 |
| 01/09/2008 | DJ | Draft motion for default judgment. | 240.00 | 4.20 | 1,008.00 |
| 01/15/2008 | JZ | Attention to settlement of certain claims. | 350.00 | 1.00 | 350.00 |
| 01/23/2008 | DJ | Correspondence with Me re: fees for motion for default. | 240.00 | 0.20 | 48.00 |
| 01/24/2008 | PC | Prepare default judgment motions and supporting papers. | 295.00 | 1.50 | 442.50 |
| 01/29/2008 | DJ | ECF filing of request for entry of default. | 240.00 | 1.00 | 240.00 |
| | | For Current Services Rendered | | 9.90 | 2,568.50 |
| | | Total Current Work | | | 2,568.50 |
| | | Balance Due | | | $2,664.50 |

A finance charge of 1.5% per month will be assessed
on all accounts past due 30 days.

Page: 1
03/05/2008

Mister Softee Franchise LLC
901 E. Clements Bridge Road
Runnemede  NJ  08078

Account No:  1300-41M
Invoice No:  25840

Attn: James F. Conway, Jr.

Bronx Infringers 2007

| | | | | |
|---|---|---|---|---|
| Previous Balance | | | | $2,664.50 |

### Fees

| Date | | | Rate | Hours | |
|---|---|---|---|---|---|
| 02/06/2008 DJ | Review docket entries. | | 240.00 | 0.30 | 72.00 |
| 02/13/2008 DJ | Review docket entries; update pleadings binder. | | 240.00 | 0.60 | 144.00 |
| 02/21/2008 DJ | Reviewed docket for cert of default entry by clerk. | | 240.00 | 0.20 | 48.00 |
| | For Current Services Rendered | | | 1.10 | 264.00 |

### Expenses

| | | | | |
|---|---|---|---|---|
| 01/15/2008 | Online Legal Research: West Payment Center - Invoice# 815333027 | | | 3.53 |
| | Total Expenses | | | 3.53 |
| | Total Current Work | | | 267.53 |
| | Balance Due | | | $2,932.03 |

A finance charge of 1.5% per month will be assessed
on all accounts past due 30 days.

EINBINDER & DUNN, LLP
ATTORNEYS AT LAW
104 WEST 40TH STREET
NEW YORK, NEW YORK 10018
(212) 391-9500

MICHAEL EINBINDER
TERRENCE M. DUNN *
JULIANNE COWAN LUSTHAUS ■

MATTHEW D. BROZIK°
ROSS H. GOULD °
RICHARD BAYER °

KENNETH L. LEIBY, JR.,° of Counsel
JEFFREY A. CHESTER, of Counsel

* MEMBER NY, NJ and MA BARS
■ MEMBER NY, NJ and NH BARS
° MEMBER NY and NJ BARS

FACSIMILE (212) 391-9025
www.ed-lawfirm.com

NEW JERSEY OFFICE:
159 MILLBURN AVENUE
MILLBURN, NEW JERSEY 07041
TELEPHONE: (973) 921-2000
FACSIMILE: (973) 921-2929

January 21, 2008

Guishan, Inc. and Mr. Softee Inc.
c/o Jeffrey Zucker, Esq.
Fisher Zucker
21 S. 21st Street
Philadelphia, PA 19103

Re: Guishan, Inc. and Mr. Softee Inc. vs. Arici, et al.
Invoice No. 90166

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH DATE

For legal services rendered. All of the above encompassing 24.00 hours of attorneys and paralegals time all as per Work-In-Process report annexed.

| | |
|---|---|
| CURRENT FEES | $ 2,495.00 |
| DISBURSEMENTS | $      0.00 |
| TOTAL AMOUNT DUE | $ 2,495.00 |

```
                                                      Page: 1
Mister Softee                                      01/21/2008
                                       Account No:   2124-002
                                       Statement No:        1

- Arici


            FOR CURRENT SERVICES RENDERED THROUGH 01/18/08

                                                         Hours
01/02/08
     ME    Review motion; teleconference with FZ          0.50

01/09/08
     ME    Review certificate of default                  0.25

01/14/08
     ME    Meeting with defendant; emails to
           co-counsel                                     0.25
                                                         -----
           Michael Einbinder                              1.00

01/02/08
     RG    Conference with ME and KS                      0.25

01/14/08
     RG    Conference with ME                             0.25
                                                         -----
           Ross Gould                                     0.50

01/08/08
     AH    Conference with KS; assist KS with
           correspondence                                 0.50
                                                         -----
           Alycia Huckabey                                0.50

01/02/08
     KS    Conference with ME; conference with RG;
           communicate with NYED                          3.00

01/03/08
     KS    Conference with ME; communicate with
           NYED; file documents on NYED                   2.50

01/04/08
     KS    Conference with ME; communicate with
           court; electronically file the amended
           complaint; correspond with counsel             2.50

01/07/08
     KS    Communicate with Fisher Zucker;
           conference with ME; file affidavits            2.00
```

```
                                                              Page:  2
Mister Softee                                             01/21/2008
                                              Account No:   2124-002
                                              Statement No:        1

- Arici
```

|  |  | Hours |  |
|---|---|---:|---:|
| 01/08/08 KS | Communicate with FZ; prepare documents | 2.50 |  |
| 01/09/08 KS | Conference with ME; correspond with FZ; communicate with the court | 1.50 |  |
| 01/10/08 KS | Communicate with FZ; prepare documents; file documents; serve documents; prepare copies for judge | 4.50 |  |
| 01/11/08 KS | Communicate with FZ; prepare courtesy copies for judge | 0.75 |  |
| 01/14/08 KS | Communicate with FZ; prepare courtesy copies for judge; conference with ME and RG; online research | 1.50 |  |
| 01/16/08 KS | Communicate with other side re case; online research; review documents | 1.25 |  |
|  | Kimia Sharifi | 22.00 |  |
|  | For Current Services | 24.00 | 2,495.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Michael Einbinder | 1.00 | $445.00 | $445.00 |
| Ross Gould | 0.50 | 275.00 | 137.50 |
| Alycia Huckabey | 0.50 | 85.00 | 42.50 |
| Kimia Sharifi | 22.00 | 85.00 | 1,870.00 |

```
         Total Current Billing                             2,495.00


         Balance Due                                      $2,495.00
```