## CERTIFICATE OF SERVICE

    I, Paul J. Cianci, certify that I have this day served a true and correct copy of the below described pleading or motion upon defendants at the address listed below:

| | |
|---|---|
| Pleading or Motion served: | Motion for Entry for Judgment by Default, with supporting documents, including the Clerk's Certificate of Default and a proposed form of Default Judgment |
| Defendants: | E. PIEDAD RIVERA d/b/a MISTER SOFTEE<br>427 Turner Ave., Apt. 1F<br>Bronx, NY 10473<br><br>JORGE H. VERDUGO<br>944 Phoenix Ave., 2nd Floor<br>Peekskill, NY 10566<br><br>PARRA SUN, INC.<br>1051 Hollywood Ave.<br>Bronx, NY 10456<br><br>HAYDEE CORDON<br>1805 Crotona Ave., 17D<br>Bronx, NY 10474<br><br>CLAUDIA ZAPATA<br>1201 Oak Point Ave.<br>Bronx, NY 10474<br><br>RAMON A. PACHECO<br>16 E. 177th St., Apt. 1E<br>Bronx, NY 10453 |
| Mode of Service: | Via first class mail |

_____
Paul J. Cianci

Date: April 10, 2008